# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD HADDAD,<br><br>                       Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                       Defendant. | Case No. 2:11-cv-01862-GMN-PAL<br><br>**ORDER**<br><br>(Mot Supp Admin Record - Dkt. #14) |

Before the court is Plaintiff's Motion to Supplement the Administrative Record (Dkt. #14). No response to the motion has been filed, and the time for filing a response has run.

This is an ERISA action challenging denial of disability benefits to Plaintiff Richard Haddad. The parties submitted a proposed Discovery Plan and Scheduling Order (Dkt. #11) which requested special scheduling review. The court reviewed the plan and approved it in an Order (Dkt. #12) entered January 13, 2012. Defendant was to produce a proposed administrative record for Plaintiff's review by January 6, 2012. Plaintiff was to notify Defendant by January 20, 2012, whether Plaintiff believed any additional documents should be added to the administrative record, whether any documents contained in the proposed administrative record should be omitted, and whether any discovery beyond the administrative record should be conducted. The parties agreed to file the joint administrative record by January 25, 2012. If the parties were unable to agree, Plaintiff had until February 6, 2012, to file any motion to conduct discovery beyond the administrative record, or to move to supplement or omit matters from the administrative record.

On January 25, 2012, MetLife submitted the portions of the administrative record upon which the parties agreed. See Dkt #13. Defendant has not responded to Plaintiff's motion to supplement, or requested an extension of time in which to do so. LR 7-2(d) provides that "[t]he failure of an opposing

1 | party to file points and authorities in response to any motion shall constitute a consent to the granting of
2 | the motion." Accordingly,
3 |       **IT IS ORDERED** Plaintiff's Motion to Supplement the Administrative Record (Dkt. #14) is
4 | **GRANTED** and Defendant shall have 14 days from entry of this order in which to supplement the
5 | administrative record as Plaintiff requests.
6 |       Dated this 14th day of March, 2012.

_____
Peggy A. Leen
United States Magistrate Judge