1 | JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
2 | LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
3 | Las Vegas, NV 89101
(702) 387-5868
4 | Fax: (702) 387-0109
jam@merschlaw.com
5 | Attorney for Plaintiff

6 | **UNITED STATES DISTRICT COURT**

7 | **DISTRICT OF NEVADA**

| RICHARD HADDAD, | ) | CASE NO.: 2:11-cv-01862-GMN-PAL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL AND ORDER** |
| METROPOLITAN LIFE INSURANCE COMPANY, as Claims Administrator for the California State Automobile Association Inter-Insurance Bureau Disability Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive, | ) | |
| Defendants. | ) | |

  The parties, having settled their dispute, hereby stipulate that the Court shall dismiss the above-referenced matter (case no. 2:11-cv-01862-GMN-PAL) with prejudice.  As part of the settlement, the parties have resolved all issues relating to attorneys' fees and costs.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1   DATED this 28th day of March, 2012.

2   LAW OFFICE OF JULIE A. MERSCH          HOLLAND & HART, LLP

4   BY:   /s/ Julie A. Mersch                BY:   /s/ Jack M. Englert, Jr.
        JULIE A. MERSCH                            Jack M. Englert, Jr., Esq.
5       Nevada Bar No. 4695                        Robert J. Cassity
        1100 East Bridger Avenue                   NV Bar No. 9779
6       Las Vegas, Nevada 89101                    9555 Hillwood Dr., 2nd Floor
        *Attorney for Plaintiff*                   Las Vegas, NV 89134
7                                                  *Attorneys for Defendants*

8   **IT IS SO ORDERED** this 11th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge

W:\HADDAD\PLDGS\StipDismiss.wpd

- 2 -