JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
Las Vegas, NV  89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD HADDAD, | CASE NO.: 2:11-cv-01862-GMN-PAL |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL AND ORDER** |
| METROPOLITAN LIFE INSURANCE COMPANY, as Claims Administrator for the California State Automobile Association Inter-Insurance Bureau Disability Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

The parties, having settled their dispute, hereby stipulate that the Court shall dismiss the above-referenced matter (case no. 2:11-cv-01862-GMN-PAL) with prejudice.  As part of the settlement, the parties have resolved all issues relating to attorneys' fees and costs.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1  DATED this 28th day of March, 2012.

2  LAW OFFICE OF JULIE A. MERSCH          HOLLAND & HART, LLP

4  BY:  /s/ Julie A. Mersch                BY:  /s/ Jack M. Englert, Jr.
     JULIE A. MERSCH                            Jack M. Englert, Jr., Esq.
5    Nevada Bar No. 4695                        Robert J. Cassity
     1100 East Bridger Avenue                   NV Bar No. 9779
6    Las Vegas, Nevada 89101                    9555 Hillwood Dr., 2nd Floor
     *Attorney for Plaintiff*                   Las Vegas, NV 89134
7                                               *Attorneys for Defendants*

8  **IT IS SO ORDERED** this 11th day of April, 2012.

                                        _____
                                        Gloria M. Navarro
                                        United States District Judge

W:\HADDAD\PLDGS\StipDismiss.wpd